Case No.   **CV 17-5925-JFW (GJSx)**           Date: October 24, 2017

Title:   Brighton Collectibles, LLC -v- Certain Underwriters at Lloyds, London

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                         None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

      As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of September 12, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for November 6, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

      IT IS SO ORDERED.